COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
TRILOGY CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID C. JAMES, JR.<br><br>          Plaintiff,<br><br>  vs.<br><br>TRILOGY CORPORATION dba TRILOGY EXCURSIONS; DOES 1-10 and ROE CORPORATIONS 1-10, inclusive,<br><br>          Defendants. | CIVIL NO. 18-00036 ACK-KJM<br><br>**ORDER AND STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**<br><br>Trial: February 11, 2020 |

**ORDER AND STIPULATION FOR DISMISSAL OF ALL
CLAIMS AND ALL PARTIES WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT

IS HEREBY STIPULATED by and among the parties hereto that the Complaint

against Defendant TRILOGY CORPORATION is hereby dismissed with prejudice. Each party to bear its own attorneys fees and costs.

All parties have executed this Stipulation.  There are no remaining parties or issues.

Trial of this matter is scheduled for February 11, 2020.

DATED:  Honolulu, Hawaii, October 3, 2019.

/s/ Jan M. Weinberg
JAN M. WEINBERG
JUSTIN M. CLOUSER
Attorney for Plaintiff
DAVID C. JAMES, JR.


/s/ Michael J. Nakano
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendant
TRILOGY CORPORATION

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai`i, October 4, 2019.



_____
Alan C. Kay
Sr. United States District Judge

_____
DAVID C. JAMES, JR. V. TRILOGY CORPORATION, Civil No. 18-00036 ACK-KJM; ORDER AND STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE